IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUWAN MITCHELL,              :
      Plaintiff              :
  v.                          : Case No. 3:23-cv-141-KAP
C. O. SHOPE, *et al.*,       :
      Defendants             :

<u>Memorandum Order</u>

Plaintiff Mitchell's motion for appointment of counsel, ECF no. 10, is denied. Local Civil Rule 10.C provides that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved." The local rule reflects the experience-based judgment of the District Court that, given the few attorneys who have expressed willingness to represent inmates *pro bono*, counsel should be reserved for cases pending trial. There are no special circumstances here: the plaintiff's status as an indigent prison inmate is the same as most applicants.

The plaintiff shall file a response to defendants' Motion to Dismiss, ECF no. 16, on or before May 28, 2024.

DATE:  May 6, 2024

                                      Keith A. Pesto,
                                      United States Magistrate Judge

Notice by U.S. Mail to:

Juwan Mitchell QJ-0036
S.C.I. Mahanoy
301 Grey Line Drive
Frackville, PA 17931